IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 23-00797/MCF |
| SERRANO SANTANA LAURA MARGARITA | * | CHAPTER 13 |
| xxx-xx-2704 | * | |
| DEBTOR | * | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **LAURA MARGARITA SERRANO SANTANA,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting an amended Chapter 13 Plan, dated September 25, 2023, herewith and attached to this motion.

2. The Plan is amended to modify **Part 3, Section 3.5 to provide for the surrender of collateral to Coop A/C Jesus Obrero, in the above captioned case.**

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the Debtor and to all creditors and parties in interest appearing on the master address list (CM/ECF non-participants), hereby attached.

## NOTICE

**You are notified that within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 25th day of September, 2023.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re: | Case No.: **3:23-bk-797**
LAURA MARGARITA SERRANO SANTANA | Chapter 13
xxx-xx-2704 | ☒ Check if this is a pre-confirmation amended plan
| ☐ Check if this is a post confirmation amended plan
Puerto Rico Local Form G | Proposed by:
| ☐ Debtor(s)
| ☐ Trustee
| ☐ Unsecured creditor(s)

Chapter 13 Plan dated **September 25, 2023**.

If this is an amended plan, list below the sections of the plan that have been changed.
3.1; 8.4; 3.5

## PART 1: Notices

To Debtor(s): This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

To Creditors: **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☒ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☒ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1 Debtor(s) will make payments to the trustee as follows:

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|

Debtor     **LAURA MARGARITA SERRANO SANTANA**            Case number    **3:23-bk-797**

| | | | |
|---|---|---|---|
| $180.00 | Months 1 through 33 | $5,940.00 | Plan increase payment at month 34 based on maturity date of car loan December/2025. |
| $483.00 | Months 34 through 60 | $13,041.00 | |
| Subtotals | 60 Months | $18,981.00 | |

*Insert additional lines if needed*

    If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2    **Regular payments to the trustee will be made from future income in the following manner:**

    *Check all that apply*
    ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
    ☒ Debtor(s) will make payments directly to the trustee.
    ☐ Other (specify method of payment): _____

2.3    **Income tax refunds:**

    Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4    **Additional payments:**

    *Check one.*
    ☒ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

3.1    **Maintenance of payments and cure of default, if any.**

    *Check one.*
    ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
    ☒ The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| Banco Popular de Puerto Rico | VILLA CARIBE 220 VIA CAMPINA ST HACIENDA SAN JOSE HACIENDA SAN JOSE HACIENDA SAN JOSE, CAGUAS, PR 00727 | $982.18 Disbursed by: ☐ Trustee ☒ Debtor(s) | $1,028.52 | 0.00% | $0.00  0 Months Starting on Plan Month ___ | $1,028.52 |

Puerto Rico Local Form G (LBF-G)                  Chapter 13 Plan                       Page 2
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

| Debtor | LAURA MARGARITA SERRANO SANTANA | | | Case number | 3:23-bk-797 | | |
|---|---|---|---|---|---|---|---|
| Name of Creditor | Collateral | Current installment payments (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | | Estimated total payments by trustee |
| Coop A/C Jesus Obrero | Idamaris Gardens B9 S Colon St, Caguas, PR 00725 | $598.00 Disbursed by: ☐ Trustee ☒ Debtor(s) | $0.00 | 0.00% | $0.00 0 Months | Starting on Plan Month | $0.00 |
| Firstbank Puerto Rico | 2017 Kia Sportage AWD | $452.00 Disbursed by: ☐ Trustee ☒ Debtor(s) | $3,322.20 | 0.00% | $0.00 0 Months | Starting on Plan Month | $3,322.20 |

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
☐ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

☒ The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of creditor | Collateral |
|---|---|
| Coop A/C Jesus Obrero Claim No. 3 | Shares and deposits ($1,200.00) as per Claim No. 3 |

*Insert additional lines as needed.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| None | | |

| Debtor | LAURA MARGARITA SERRANO SANTANA | Case number | 3:23-bk-797 |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

## PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☒ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 535.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 3,465.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ 0.00 |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**
*Check one.*
☒ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1 **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

| Debtor | LAURA MARGARITA SERRANO SANTANA | Case number | 3:23-bk-797 |

☐ The sum of $ .
☐ ____% of the total amount of these claims, an estimated payment of $____.
☒ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $____.

**5.2** Maintenance of payments and cure of any default on nonpriority unsecured claims.

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** Other separately classified nonpriority unsecured claims.
*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

# PART 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

# PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1** Property of the estate will vest in the Debtor(s) upon
*Check the appliable box:*
☐ Plan confirmation.
☒ Entry of discharge.
☐ Other: _____

**7.2** Plan distribution by the trustee will be in the following order:
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

# PART 8: Nonstandard Plan Provisions

**8.1** Check "None" or list the nonstandard plan provisions
☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Debtor | LAURA MARGARITA SERRANO SANTANA | Case number | 3:23-bk-797 |
|---|---|---|---|

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.

The following plan provisions will be effective only if there is a check in the box Included in §1.3.

**8.2 This Section modifies LBF-G, Part 3: Retention of Lien:**
The lien holder of any allowed secured claim, provided for by the Plan in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to use all or portion of such Tax Refunds, Debtor(s) shall seek Court's authorization prior to any use of funds.

**8.4 This section modifies LBF-G, Part 3, Section 3.1; to include post-petition car loan arrears:**
The Debtor proposes to pay FirstBank Claim No. 2 its pre-petition arrears ($1,423.80) and also post-petition arrears in the sum of $1,898.40 through the Plan. The Debtor to commence making direct post-petition payments to FirstBank in October/2023.

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ Roberto Figueroa-Carrasquillo
Roberto Figueroa-Carrasquillo
Signature of Attorney of Debtor(s)

Date September 25, 2023

Date

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO, SERVICER FOR F    COOP A/C JESUS OBRERO
0104-3                                   c/o SARLAW LLC                                   PMB 159 HC 01 BOX 29030
Case 23-00797-MCF13                      BANCO POPULAR CENTER, SUITE 1022                 CAGUAS, PR  00726-4900
District of Puerto Rico                  209 MUNOZ RIVERA AVE
Old San Juan                             SAN JUAN, PR  00918
Mon Sep 25 12:47:13 AST 2023

US Bankruptcy Court District of P.R.     Amex                                             Attorney General of the United States
Jose V Toledo Fed Bldg & US Courthouse   PO Box 1270                                      Merrick B Garland Esq
300 Recinto Sur Street, Room 109         Newark, NJ  07101-1270                           950 Pennsylvania Ave NW
San Juan, PR  00901-1964                                                                  Washington, DC  20530-0001


BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Rico                    COOP A/C JESUS OBRERO
SERVICER FOR FANNIE MAE                  Mortgage Servicing Department                   PO BOX 1419
PO BOX 362708                            PO Box 362708                                   GUAYNABO PR  00970-1419
SAN JUAN PR  00936-2708                  San Juan, PR  00936-2708


Citi                                     Comenitybank/victoria                           (p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB
PO Box 6190                              PO Box 182789                                   P O BOX 41269
Sioux Falls, SD  57117-6190              Columbus, OH  43218-2789                        SAN JUAN PR  00940-1269


FIRSTBANK                                Hacienda San Jose HOA, Inc.                     Hacienda San Jose Homeowners Assoc Inc
CONSUMER SERVICE CENTER                  c/o Luis R. Vivas, Esq.                         PO Box 4069
BANKRUPTCY DIVISION -(CODE 248)          Riviera Village                                 Bayamon, PR  00958-1069
PO BOX 9146, SAN JUAN PR 00908-0146      137 Chelsea St.
                                         Bayamon, PR  00959-2717


(p)JEFFERSON CAPITAL SYSTEMS LLC         (p)LUMA ENERGY                                  LVNV Funding, LLC
PO BOX 7999                              REVENUE PROTECTION                              Resurgent Capital Services
SAINT CLOUD MN  56302-7999               PO BOX 364267                                   PO Box 10587
                                         SAN JUAN PR  00936-4267                         Greenville, SC  29603-0587


Lcdo Reinaldo Cintron Flores             Quantum3 Group LLC as agent for                 SBA US Small Business Administration
PO Box 4133                              Comenity Bank                                   Disaster Assistance
Bayamon, PR  00958-1133                  PO Box 788                                      14925 Kingsport Road
                                         Kirkland, WA  98083-0788                        Forth Worth, TX  76155-2243


Small Business Administration PR         Syncb/Sams Club                                 Syncb/netwrk
Pedro J Lopez Bergollo, ESq              PO Box 965005                                   C/o
273 Ave Ponce de Leon Scotiabank Plaza S Orlando, FL  32896-5005                         PO Box 965036
Hato Rey, PR  00917                                                                      Orlando, FL  32896-5036


Synchrony Bank                           United States Attorney District of PR           JOSE RAMON CARRION MORALES
c/o of PRA Receivables Management, LLC   W. Stephen Muldrow Esq                          PO BOX 9023884
PO Box 41021                             Room 150 Federal Bldg                           SAN JUAN, PR  00902-3884
Norfolk, VA  23541-1021                  San Juan, PR  00917


LAURA MARGARITA SERRANO SANTANA          MONSITA LECAROZ ARRIBAS                         ROBERTO FIGUEROA CARRASQUILLO
VILLA CARIBE 220 VIA CAMPINA ST          OFFICE OF THE US TRUSTEE (UST)                  PO BOX 186
CAGUAS, PR  00727-3048                   OCHOA BUILDING                                  CAGUAS, PR  00726-0186
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR  00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DTOP
PO Box 41269
San Juan, PR 00940-1269

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
SAN JUAN, PR 00936

(d)Luma Energy
PO Box 364267
San Juan, PR 00936

End of Label Matrix
Mailable recipients 29
Bypassed recipients 0
Total 29